IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS S. WERLING     PLAINTIFF
#139308

v.     No. 4:23-cv-719-DPM

NANNETTE TURNER, Therapist,
Millcreek Behavioral Health; NICK
TANNER, Case Manager, Millcreek
Behavioral Health; O'DELL MOORE,
Inmate; BENICIO MARTINEZ, Inmate;
JAH'VION BLACKWELL, Inmate;
JESSICA BREEZER, Juvenile Justice
Department; DOES, "Tristan," Inmate;
"Garrett," Inmate; Millcreek Staff; Dallas
County Medical Center Employees,
Nurses (1–3)     DEFENDANTS

### ORDER

Werling hasn't filed an amended complaint; and the time to do so has passed. *Doc. 7.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 November 2023