IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS S. WERLING                                              PLAINTIFF
#139308

v.                       No. 4:23-cv-719-DPM

NANNETTE TURNER, Therapist,
Millcreek Behavioral Health; NICK
TANNER, Case Manager, Millcreek
Behavioral Health; O'DELL MOORE,
Inmate; BENICIO MARTINEZ, Inmate;
JAH'VION BLACKWELL, Inmate;
JESSICA BREEZER, Juvenile Justice
Department; DOES, "Tristan," Inmate;
"Garrett," Inmate; Millcreek Staff; Dallas
County Medical Center Employees,
Nurses (1–3)                                                    DEFENDANTS

## JUDGMENT

Werling's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 November 2023